

**FILED**

07/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0306

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0306

**FILED**

JUL 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

PAMELA JO POLEJEWSKI,

    Defendant and Appellant.

O R D E R

This matter is before the Court on appeal by Pamela Jo Polejewski from the Eighth Judicial District Court, Honorable Greg Pinski presiding. Appellant Pamela Jo Polejewski appears as a self-represented litigant in a civil forfeiture proceeding. Appellee Cascade County Attorney's Office is the opposing party on behalf of the State of Montana.

Upon review of the issue challenging the constitutionality of § 27-1-434, MCA, this Court has determined that this case qualifies for referral to the Appellate Pro Bono Program. However, volunteer counsel, should the person come forward, would be drafting a friend of the court brief. This Court has determined that its review of the matter could benefit from an amicus curiae brief drafted by pro bono legal counsel on this issue. Accordingly, the case will be referred for participation in the Court's Appellate Pro Bono Program. Therefore,

IT IS ORDERED that the case is referred to the Montana Supreme Court's Pro Bono Coordinator to recruit a volunteer, pro bono legal counsel who would then file a Notice of Appearance on or before July 31, 2020. Additionally, the volunteer counsel would prepare, file, and serve an amicus curiae brief articulating the constitutionality of § 27-1-434, MCA, facially and as applied, from the Appellant's perspective in this matter, on or before September 8, 2020. Some of the applicable procedures set forth in the Court's May 22, 2012 Order establishing the Appellate Pro Bono Program will govern.

The Clerk is directed to provide a copy of this Order to Appellant, to counsel of record, to the Court's Pro Se Law Clerk, and to the Pro Bono Coordinator, Patty Fain.

DATED this 8ᵗʰ day of July, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2